No. 242. TRANSOCEANICA SOCIETA ITALIANA DI NAVIGAZIONE *v.* PATENT VULCANITE ROOFING Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court

of Appeals for the Second Circuit denied. *Mr. Homer L. Loomis* for petitioner. *Messrs. D. Roger Englar* and *Arthur W. Clement* for respondent.